### THE STATE v. P. RAHL AND ANOTHER.

1. The case of the State v. Foster, 31 Texas Reports, 578, cited and approved—holding that fornication is not an offense known to or provided for by the laws of this State.

APPEAL from Calhoun. Tried below before the Hon. Wesley Ogden.

The indictment was against Pat Rahl and Esther Martin, on the charge that they " unlawfully, indecently and scandalously did live together in fornication." It was quashed on the motion of the defendants, based on the omission of the code to define the offense charged.

*E. B. Turner*, Attorney General, for the State.

No brief for the defendants in error.

LINDSAY, J.—This case comes within the ruling of the court in the case of The State of Texas v. Foster, No. 3179, decided at the last Galveston term of this court, 1869. It is therefore affirmed.

Affirmed.